1134

No. 81–1968.   LIBERATORE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–1971.   TRUSTEES OF THE FIRST BAPTIST CHURCH OF SILVER SPRING, MARYLAND v. SUPERVISOR OF ASSESSMENTS OF MONTGOMERY COUNTY, MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–1979.   SLIWOO v. UNITED STATES; and
No. 81–6586.   MAZZIO v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 681 F. 2d 810.

No. 81–1982.   SWOBODA, PERSONAL REPRESENTATIVE OF THE ESTATE OF SWOBODA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–1994.   BULLOCK v. ADAMS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–2000.   THOMAS MERTON CENTER v. ROCKWELL INTERNATIONAL CORP. ET AL.   Sup. Ct. Pa.   Certiorari denied.

No. 81–2002.   STALLINGS v. FLETCHER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–2009.   YEO v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 81–2028.   ZISOOK ET AL. v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 81–2036.   BENNETT v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.